NOS.  07-06-0457-CR

         07-06-0458-CR

         07-06-0459-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

AUGUST 8, 2007

______________________________

DUSTIN LEE ALLEN, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 320
TH
 DISTRICT COURT OF POTTER COUNTY;

NO. 49,984-D, 49,985-D, 53,537-D; HONORABLE DON EMERSON, JUDGE

_______________________________

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

ON MOTION TO DISMISS

Pending before this Court is appellant’s motion to dismiss his appeals.  Appellant and his attorney both have signed the document stating that appellant withdraws his appeals.  Tex. R. App. P. 42.2(a).  No decision of this Court having been delivered to date, we grant the motion.  Accordingly, the appeals are dismissed.  No motion for rehearing will be entertained and our mandates will issue forthwith.

Mackey K. Hancock

        Justice

Do not publish.
êêßÕsuffers confinement
.  
Cadle Co. v. Lobingier, 
50 S.W.3d at 671.  Therefore, we lack jurisdiction to consider this appeal and dismiss it.

Brian Quinn 

          Chief Justice